PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
Mack-Cali Corporate Center
50 Tice Boulevard
Woodcliff Lake, NJ 07677
(201) 391-3737
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| LINCOLN HARBOR ENTERPRISES, LLC: a New Jersey Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>THE NORTHERN ASSURANCE CO., a Massachusetts Corporation;<br>INTERNATIONAL MARINE UNDERWRITERS, a Massachusetts Corporation<br><br>Defendant. | Civil Case No. 2:09-cv-06202-SDW-MCA<br><br><br><br><br><br><br><br>NOTICE OF VOLUNTARY DISMISSAL<br>PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, LINCOLN HARBOR ENTERPRISES, LLC, through its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants, THE NORTHERN ASSURANCE CO. and INTERNATIONAL MARINE UNDERWRITERS.

PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
Attorneys for Plaintiff

By: *[signature]*
Richard M. Fricke, Esq. (RMF-7486)

Date: April 13, 2010

**So Ordered**
this 15th day of April 2010
*[signature]*
Susan D. Wigenton, U.S.D.J.